UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CENTRAL MUTUAL INSURANCE COMPANY,  Civil Action No. _____

**07 CIV 8366**

                Plaintiff,

      -against-  **Rule 7.1 Statement**

MARK ROGOWSKI and M&M PRODUCE FARMS &
SALES, INC.,

                Defendants.
-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Central Mutual Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Central Mutual Insurance Company does not have any corporate parents, affiliates or subsidiaries that are publicly held.

Dated: Uniondale, New York
       September 24, 2007

                                      Respectfully submitted,

                                      RIVKIN RADLER LLP

                                      M. Paul Gorfinkel (MPG-2069)
                                      Jason B. Gurdus (JG-3293)
                                      926 RexCorp Plaza
                                      Uniondale, New York 11556-0926
                                      (516) 357-3000

                                      Attorneys for Plaintiff
                                      Central Mutual Insurance Company

2078856 v1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```