UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CENTRAL MUTUAL INSURANCE COMPANY,

                Plaintiff,

- against -

MARK ROGOWSKI and M&M PRODUCE
FARMS & SALES, INC.,

                Defendants.
------------------------------------------------------------X

GGH (7017)

Case No: 07 CIV 8366

STIPULATION

IT IS HEREBY STIPULATED that the time for the defendants, MARK ROGOWSKI and M&M PRODUCE FARMS & SALES, INC., to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 19th day of November, 2007.

Dated: Campbell Hall, New York
October 5, 2007

RIVKIN RADLER, LLP

By: _____
Jason B. Gurdus, Esq. (JG-3293)
Attorneys for Plaintiffs
926 RexCorp Plaza
Uniondale NY 11556-0926
(516) 357-3000

GREGORY G. HOOVER, SR., P.C.

By: _____
Gregory G. Hoover, Sr., Esq. (7017)
Attorney for Defendants
PO Box 28
Goshen, New York 10924
(845) 496-6100

SO ORDERED: _Stephen C. Robinson_
HON. STEPHEN C. ROBINSON, USDJ  10/10/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: