Attorney: RIVKIN RADLER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
AFF: AC1

CENTRAL MUTUAL INSURANCE COMPANY,

PLAINTIFF

- Against -

INDEX# :07 CIV 8366

MARK ROGOWSKI, ETANO,

DEFENDANTS

COURT DATE:

STATE OF NEW YORK:COUNTY OF NASSAU  ss:

TONY DONADIO being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 10/4/2007 at 11:15:00 AM at :

401 PULASKI HIGHWAY
GOSHEN,N.Y. ,10924

Deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARTORY RELIEF upon M & M PRODUCE FARMS & SALES, INC. the therein named.

by leaving a true copy with MARK ROGOWSKI, MANANGING AGENT.

CORPORATION    A domestic corporation by delivering thereat a true copy of each to
MARK ROGOWSKI, MANANGING AGENT personally,
Deponent knew said corporation so served to be the corporation described in
Said
SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARTORY RELIEF
as said DEFENDANT and knew said individual to be the
MANANGING AGENT thereof.

Deponent further states that he describes the person actually served as follows:

SEX ; MALE   SKIN: WHITE   HAIR: BROWN   APP.AGE: 45   APP.HT.: 5/7WT: 170lb

OTHER:

SWORN TO BEFORE ME ON: 10/8/2007

TONY DONADIO

Notary Public State of New York
BRUCE K KUSTKA
NO 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES,INC, 91 CHIMNEY LN., LEVITTOWN, N.Y. 11756   OUR JOB# 2007126