Attorney: RIVKIN RADLER LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

CENTRAL MUTUAL INSURANCE COMPANY,

PLAINTIFF

- Against -

INDEX# : 07 CIV 8366

MARK ROGOWSKI, ETANO,

DEFENDANTS

COURT DATE:

STATE OF NEW YORK:COUNTY OF NASSAU  ss:

TONY DONADIO being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State That on 10/4/2007 at 11:15:00 AM at :

401 PULASKI HIGHWAY
GOSHEN,N.Y. ,10924

Deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARTORY RELIEF upon MARK ROGOWSKI the therein named.

INDIVIDUAL   By delivering a true copy of each to said DEFENDANT personally; the person so served to be the person described as the DEFENDANT therein and he/she identified them self as such.

Deponent further states follows that he describes the person actually served as follows:

SEX :MALE   SKIN :WHITE   HAIR :BROWN   APP AGE :45   APP HEIGHT :5/7   APP WEIGHT: 170lb.

OTHER:

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 10/8/2007

TONY DONADIO

Notary Public State of New York
BRUCE K KUSTKA
NO  4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES,INC, 91 CHIMNEY LN, LEVITTOWN, N.Y. 11756   OUR JOB# 2007125