**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                July 25, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8366 (SCR)(LMS)

Jason B. Gurdus
Rivkin Radler, LLP
926 Rexcorp Plaza
Uniondale, NY 11556

Gregory G. Hoover, Esq.
PO Box 28
Goshen, NY 10924

The matter of     **CENTRAL-V-M&M PRODUCE**     has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **August 7, 2008** at 12:00PM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.